IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE Nos. 1, 2, 3, 4, 5, 6, 7, 8 and 9 | No. 3:21-cv-00590 |
| Plaintiffs, | No. 3:21-cv-00593 |
| v. | No. 3:21-cv-00594 |
| WILLIAM B. LEE, *et al.*, | No. 3:21-cv-00595 |
| Defendants. | No. 3:21-cv-00596 |
| | No. 3:21-cv-00597 |
| | No. 3:21-cv-00598 |
| | No. 3:21-cv-00624 |
| | No. 3:21-cv-00671 |
| | Cases Consolidated |
| | District Judge Aleta A. Trauger |

## DECLARATION OF SHELLY SMITHERMAN

I, Shelly Smitherman, state as follows:

1. My name is Shelly Smitherman and I am over the age of eighteen (18), of sound mind, and competent to make the statements contained in this declaration.

2. I am an Assistant Special Agent in Charge of the Criminal Intelligence Unit in the Tennessee Bureau of Investigation ("TBI").

3. As part of my duties, I oversee the administration of the Tennessee sex offender registry.

4. I have been employed with the TBI for the past 19 years.

1

5. For the past 5 years, I have been responsible for overseeing the administration of the Tennessee sex offender registry.

6. Working with an outside vendor, TBI was able to determine how many offenders who are subject to the Tennessee Sexual Offender and Violent Sexual Offender Registration, Verification, and Tracking Act of 2004, Tenn. Code Ann. §§ 40-39-201 – 218 ("the Act") live in each of Tennessee's 95 counties.

7. As of Wednesday, September 15, 2021, here are the results of that determination:

    a. Total Active Offenders in TN by County
    b. No County Listed: 14
    c. Anderson: 115
    d. Bedford: 116
    e. Benton: 58
    f. Bledsoe: 36
    g. Blount: 193
    h. Bradley: 246
    i. Campbell: 82
    j. Cannon: 42
    k. Carroll: 89
    l. Carter: 81
    m. Cheatham: 100
    n. Chester: 40
    o. Claiborne: 65
    p. Clay: 26
    q. Cocke: 117
    r. Coffee: 176
    s. Crockett: 65
    t. Cumberland: 128
    u. Davidson: 1,282
    v. Decatur: 29

w. Dekalb: 42
x. Dickson: 126
y. Dyer: 96
z. Fayette: 69
aa. Fentress: 63
bb. Franklin: 98
cc. Gibson: 152
dd. Giles: 75
ee. Grainger: 48
ff. Greene: 133
gg. Grundy: 32
hh. Hamblen: 111
ii. Hamilton: 549
jj. Hancock: 19
kk. Hardeman: 76
ll. Hardin: 71
mm. Hawkins: 88
nn. Haywood: 51
oo. Henderson: 85
pp. Henry: 128
qq. Hickman: 92
rr. Houston: 27
ss. Humphreys: 75
tt. Jackson: 24
uu. Jefferson: 118
vv. Johnson: 39
ww. Knox: 582
xx. Lake: 15
yy. Lauderdale: 86
zz. Lawrence: 136
aaa. Lewis: 46

3

bbb. Lincoln: 77
ccc. Loudon: 79
ddd. Macon: 75
eee. Madison: 367
fff. Marion: 84
ggg. Marshall: 72
hhh. Maury: 205
iii. McMinn: 135
jjj. McNairy: 82
kkk. Meigs: 39
lll. Monroe: 129
mmm. Montgomery: 308
nnn. Moore: 13
ooo. Morgan: 33
ppp. Obion: 106
qqq. Overton: 38
rrr. Perry: 24
sss. Pickett: 8
ttt. Polk: 44
uuu. Putnam: 126
vvv. Rhea: 138
www. Roane: 120
xxx. Robertson: 163
yyy. Rutherford: 363
zzz. Scott: 75
aaaa. Sequatchie: 47
bbbb. Sevier: 204
cccc. Shelby: 2,171
dddd. Smith: 44
eeee. Stewart: 36
ffff. Sullivan: 277

gggg. Sumner: 252
hhhh. Tipton: 93
iiii. Trousdale: 29
jjjj. Unicoi: 40
kkkk. Union: 55
llll. Van Buren: 26
mmmm. Warren: 110
nnnn. Washington: 230
oooo. Wayne: 35
pppp. Weakley: 82
qqqq. White: 81
rrrr. Williamson: 71
ssss. Wilson: 131

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Shelly Smitherman

September 16, 2021