IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE Nos. 1, 2, 3, 4, 5, 6, 7, 8 and 9 | ) No. 3:21-cv-00590 |
| | ) No. 3:21-cv-00593 |
| Plaintiffs, | ) No. 3:21-cv-00594 |
| | ) No. 3:21-cv-00595 |
| v. | ) No. 3:21-cv-00596 |
| | ) No. 3:21-cv-00597 |
| WILLIAM B. LEE, *et al.*, | ) No. 3:21-cv-00598 |
| | ) No. 3:21-cv-00624 |
| Defendants. | ) No. 3:21-cv-00671 |
| | ) Cases Consolidated |
| | ) District Judge Aleta A. Trauger |

## DECLARATION OF PAUL GRADY

I, Paul Grady, state as follows:

1. My name is Paul Grady and I am over the age of eighteen (18), of sound mind, and competent to make the statements contained in this affidavit.

2. I am an investigator with the Blount County Sheriff's Office.

3. I have been employed with the Blount County Sheriff's Office for the past 9 years.

4. For the past 5 years, I have been responsible for registering sexual offenders and investigating registry violations.

1

5. There are multiple benefits to requiring sex offenders to register. Many of these come from the tragic stories we have learned that shaped the registry over the last several decades into what we see today. The old saying is "knowledge is power." The public sex offender registry puts knowledge and information at the general public's fingertips that help them make informed decisions to help them stay safe (ie., Do I buy this house? Do I accept a job here?, etc.)

6. Tennessee's sex offender registry has helped my community. We have helped by doing workshops for school boards, churches, employers, etc. and also always meet with or field calls from our citizens to help them and inform them of their rights and the laws. As far as the SOR in general goes, it has helped our community by functioning as it was intended from the beginning as a public safety tool. When citizens utilize the registry, they can make informed decisions for their own health and welfare. In regards to illustrations, I recently spoke with a local apartment complex administrator who had questions about registered sex offenders. The information given, led to them declining to rent to an offender against children. They have many children who live in the complex. We have many such stories where the SOR has had a direct positive impact on our county.

7. My community is safer because of the public sex offender registry. Again, it will only be as effective as it is utilized. TBI has done a great job of building an up-to-date, real time public registry that offenders can use and access the mandated public information to their benefit.

8. I have multiple offenders who have reoffended with additional sex crimes while on the sex offender registry.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

*Inv. Paul Brady 414/1556*
Paul Grady

9/16/21
September 16, 2021