# EXHIBIT A

## TBI Drug Free School Zone Map for Davidson County





*Source: https://tbidrugfreezones.tbi.tn.gov/ (last accessed October 7, 2022)*