*Motion GRANTED* [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE #1-9, | Case Nos. 3:21-cv-00590, |
| | 3:21-cv-00593, |
| Plaintiffs, | 3:21-cv-00594, |
| | 3:21-cv-00595, |
| v. | 3:21-cv-00596, |
| | 3:21-cv-00597, |
| WILLIAM B. LEE, in his official capacity as Governor of the State of Tennessee, and | 3:21-cv-00598, |
| | 3:21-cv-00624, |
| | 3:21-cv-00671 |
| DAVID B. RAUSCH, in his official Capacity as Director of the Tennessee Bureau of Investigation, | Judge Aleta A. Trauger |
| Defendants. | |

---

## JOINT MOTION TO ADMINISTRATIVELY STAY CASE PENDING RULING ON SUMMARY JUDGMENT

---

Plaintiffs and Defendants respectfully move to suspend all remaining deadlines and administratively stay this case until after the Court rules on the pending cross-motions for summary judgment. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

This case is currently set for a bench trial on February 21, 2023, with multiple other approaching deadlines, including a requirement that the parties exchange copies of exhibits by January 31, 2023. (D.E. 42.) However, both Plaintiffs and Defendants have moved for summary judgment. (D.E. 115, 116, 121, 123.) And in similar challenges to Tennessee's sexual offender registry, Tennessee federal courts have uniformly resolved the litigation at the summary-judgment

1