# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

John Doe #1

                Plaintiff,

v.                                          Case No.: 3:21−cv−00590

William B. Lee, et al.

                Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/2/2023 re [135].

                                                            Lynda M. Hill
                                                      s/ Kim Chastain, Deputy Clerk