UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE #1-9,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>WILLIAM B. LEE, *in his official capacity as* GOVERNOR OF TENNESSEE, *et al.*,<br><br>        *Defendants*. | Case Nos. 3:21-cv-590<br>3:21-cv-593<br>3:21-cv-594<br>3:21-cv-595<br>3:21-cv-596<br>3:21-cv-597<br>3:21-cv-598<br>3:21-cv-624<br>3:21-cv-671<br><br>District Judge Aleta A. Trauger |

**JOINT MOTION TO EXTEND THE MASTER LIST DEADLINE**

All Parties jointly and respectfully move the Court to extend the deadline for filing their "Master List of all requirements associated with the Tennessee sexual offender registry." Order, D.151 at 2838.[1] The Parties are cooperating on this digest, but they will not be able to complete it by the September 27, 2024, deadline. They thus request an extension of the deadline to November 1, 2024, to allow adequate drafting, revision, and cooperation.

---

[1] Pincites to docket materials reference the PageID numbers in the ECF file stamps.

1

Dated: September 16, 2024

/s/ W. Justin Adams
W. Justin Adams
TN BPR # 022433
Edward M. Yarbrough
TN BPR # 004097
Jonathan P. Farmer
TN BPR # 020749
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219
Telephone: 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
wjadams@spencerfane.com
  *Counsel for Plaintiffs*

Respectfully submitted,

JONATHAN SKRMETTI
  *Tennessee Attorney General & Reporter*

CODY BRANDON
  *Managing Attorney*

MIRANDA JONES
  *Senior Assistant Attorney General*

/s/ Gabriel Krimm
GABRIEL KRIMM
  *Assistant Solicitor General*
Office of the Tennessee
  Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-5596
BPR No. 036087
Gabriel.Krimm@ag.tn.gov
  *Counsel for the TBI Director*

# CERTIFICATE OF SERVICE

I certify that I filed the above document using the Court's CM/ECF system on September 16, 2024, which electronically served a copy to all counsel of record, namely:

**W. Justin Adams**
**Edward M. Yarbrough**
**Jonathan P. Farmer**
  *Counsel for Plaintiffs*

**Cody N. Brandon**
**Miranda Jones**
**Gabriel Krimm**
  *Counsel for the Governor and TBI Director*

*/s/ Gabriel Krimm*
Gabriel Krimm