MIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| **JOHN DOES #1–9,** | **Case No. 3:21-cv-00590** |
| | **Case No. 3:21-cv-00593** |
| Plaintiffs, | **Case No. 3:21-cv-00594** |
| | **Case No. 3:21-cv-00595** |
| *vs*. | **Case No. 3:21-cv-00596** |
| **DAVID RAUSCH, in his capacity as Director of the Tennessee Bureau of Investigation,** | **Case No. 3:21-cv-00597** |
| | **Case No. 3:21-cv-00598** |
| Defendant. | **Case No. 3:21-cv-00624** |
| | **Case No. 3:21-cv-00671** |
| | **Judge Trauger** |

### PLAINTIFFS' MOTION TO MODIFY INJUNCTION

Pursuant to the Court's October 4, 2024 order (Doc. 155), Does #1, #2, #4, #5, #6, #7, #8, or #9[1] ("Plaintiffs") move the Court to modify the permanent injunction granted on March 2, 2023 (Doc. 135), as described in their memorandum in support of this motion.

In support of this motion, Plaintiffs rely on their supporting memorandum, the parties' joint master list of statutory provisions (Doc. 158), and the entire record in this case.

For these reasons, Plaintiffs request the Court to grant the relief requested above and any other necessary or proper relief.

---

[1] Doe #3, the plaintiff in Case No. 3:21-cv-00594, is deceased. *See* Doc. 141.

Dated: December 9, 2024.

                      Respectfully submitted:

                      /s/ W. Justin Adams
                      Edward M. Yarbrough (TN BPR # 004097)
                      Jonathan P. Farmer (TN BPR # 020749)
                      W. Justin Adams (TN BPR # 022433)
                      SPENCER FANE LLP
                      511 Union Street, Suite 1000
                      Nashville, Tennessee 37219
                      Telephone: 615-238-6300
                      eyarbrough@spencerfane.com
                      jfarmer@spencerfane.com
                      wjadams@spencerfane.com

                      Plaintiffs' Counsel

# CERTIFICATE OF SERVICE

I certify that on December 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties shown on the electronic filing receipt. All other parties will be served by email:

Gabriel Joseph Krimm, Esq.
Cody N. Brandon, Esq.
Miranda Jones, Esq.
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
gabriel.krimm@ag.tn.gov
cody.brandon@ag.tn.gov
miranda.jones@ag.tn.gov

Counsel for Defendants

/s/W. Justin Adams
W. Justin Adams